Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAJINDER SINGH TOOR,

                Petitioner,

           v.

DEPARTMENT OF HOMELAND
SECURITY, et al.,

                Respondents.

No. C12-2143-RSM

JOINT STIPULATION AND
ORDER FOR REMAND AND DISMISSAL

    COMES NOW the Petitioner, by and through his counsel, Hilary Han, and the Respondents, by and through their counsel, Jenny A. Durkan, United States Attorney for the Western District of Washington, and Kristin B. Johnson, Assistant United States Attorney for said District, and hereby stipulate to remand and dismissal of Petitioner's Petition for Review of Pending Application for Naturalization.

    WHEREAS this case is an action for a judicial hearing on Petitioner's application for naturalization, based on U.S. Citizenship and Immigration Services' ("USCIS") alleged delay in adjudicating the matter. *See* INA § 336(b), 8 U.S.C. § 1447(b).

    WHEREAS the parties have been advised that subsequent to filing of the suit, necessary background checks and investigations have been completed and USCIS is now ready to complete its adjudication of, and issuance of a decision on, the application for naturalization.

JOINT STIPULATION AND ORDER FOR
REMAND AND DISMISSAL – 1
(C12-2143-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1  NOW THEREFORE, the parties, through their respective counsel of record, HEREBY
2  STIPULATE, AGREE, AND JOINTLY MOVE, that this Court may make the following order:
3     1. The Petitioner's naturalization application is REMANDED to U.S. Citizenship and
4  Immigration Services for adjudication of, and issuance of a decision on, said application within
5  30 days after entry of this Order;
6     2. This action is DISMISSED WITHOUT PREJUDICE; and
7     3. The Court shall retain jurisdiction to enforce the terms of this stipulation.
8
9
10 SO STIPULATED.
11 DATED this 29th day of January, 2013.
12
13  s/Hilary Han
   HILARY HAN, WSBA #33754
   Attorney for Petitioner
14
15
16 SO STIPULATED.
17 DATED this 29th day of January, 2013.
18 JENNY A. DURKAN
   United States Attorney
19
20  s/Kristin Johnson
   KRISTIN B. JOHNSON, WSBA #28189
21 Assistant United States Attorney
   Attorney for Respondents
22
23
24
25
26
27
28

JOINT STIPULATION AND ORDER FOR
REMAND AND DISMISSAL – 2
(C12-2143-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1 **ORDER**

2      IT IS HEREBY ORDERED that:

3      1.  The Petitioner's naturalization application is REMANDED to U.S. Citizenship and
4 Immigration Services for adjudication of, and issuance of a decision on, said application within
5 30 days after entry of this Order;

6      2.  This action is DISMISSED WITHOUT PREJUDICE; and

7      3.  The Court shall retain jurisdiction to enforce the terms of this stipulation.

9      DATED this 30 day of January 2013.

                    RICARDO S. MARTINEZ
                    UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER FOR
REMAND AND DISMISSAL – 3
(C12-2143-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970